UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------

LINDA SLADE,

                        Plaintiff,              23-cv-391 (JGK)

            - against -                         ORDER

RENFRO LLC,

                        Defendant.
--------------------------------

On March 8, 2023, this Court granted the defendant's request for an extension of time to answer and extended the time to answer or respond to the complaint to April 7, 2023. ECF No. 6. To date, no answer or response as been filed.

Accordingly, the time for the defendant to move or answer is extended to **May 5, 2023.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:     New York, New York
           April 17, 2023

                                    _____
                                         John G. Koeltl
                                    United States District Judge